# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 291 WAL 2017

               Respondent    :    Petition for Allowance of Appeal from
                              :    the Order of the Superior Court

          v.    :

MICHAEL CIOPPA,    :

              Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.